FILED

DEC 0 7 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

IN RE:                                              ORDER

MISCELLANEOUS ITEMS REMAINING
IN THE DEPOSIT FUND OF THE COURT
FOR ONE YEAR UNCLAIMED

AND NOW, this _____6_____ day of _____December_____, 2011, on reading and

filing the certificate of the Clerk of this Court and the schedule thereto annexed; and in pursuance

of §820.60.25 and §1020.30.10 in the Guide to Judiciary Policy, it is,

ORDERED that the Clerk transfer from the deposit fund of the Court the sum of ONE

THOUSAND ONE HUNDRED FIFTY FIVE DOLLARS, being the total amount shown in the

annexed schedule of miscellaneous items remaining in the deposit fund unclaimed by the persons

entitled thereto along with any future payments received, and pay the same to the Treasurer of the

United States.


Hon. Gordon Thompson Jr.

U.S. District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

MISCELLANEOUS ITEMS REMAINING
IN THE DEPOSIT FUND OF THE COURT
FOR ONE YEAR UNCLAIMED

SCHEDULE OF
MISCELLANEOUS ITEMS

| Case # | Defendant | Payee | Amount |
|---|---|---|---|
| 03CR2298 | FILBERTO SALGADO-ALONZO | FILBERTO SALGADO-ALONZO | 50.00 |
| 05CR0985 | JOSE PONCE-ORTIZ | JOSE PONCE-ORTIZ | 75.00 |
| 05CR0759 | MOISES NUNEZ-LARIOS | MOISES NUNEZ-LARIOS | 110.00 |
| 08CR2996 | JOSE LUIS RAMIREZ-MEZA | JOSE LUIS RAMIREZ-MEZA | 25.00 |
| 04CR1119 | RAMON SUAREZ-CORONADO | RAMON SUAREZ-CORONADO | 100.00 |
| 06CR2728 | JOSE LUIS CERDA-OSEGUERA | JOSE LUIS CERDA-OSEGUERA | 110.00 |
| 04CR0238 | RICARDO MENDEZ-AGUILAR | RICARDO MENDEZ-AGUILAR | 50.00 |
| 06CR1464 | MARTIN CAMPOS-OLEA | MARTIN CAMPOS-OLEA | 25.00 |
| 06CR1458 | JAVIER PARAMO-ROBLES | JAVIER PARAMO-ROBLES | 25.00 |
| 05CR1315 | ALFREDO OLVERA-ESPINOZA | ALFREDO OLVERA-ESPINOZA | 25.00 |
| 05CR2268 | MIGUEL MURILLO-AGUILAR | MIGUEL MURILLO-AGUILAR | 75.00 |
| 05CR1345 | PEDRO VARELA-ARELLANO | PEDRO VARELA-ARELLANO | 110.00 |
| 05CR1822 | ANGEL JOSE CALDERON-AGUILAR | ANGEL JOSE CALDERON-AGUILAR | 25.00 |
| 05CR1704 | ROBERTO JAUREGUI-ESCOBAR | ROBERTO JAUREGUI-ESCOBAR | 200.00 |
| 07CR0419 | ALBERTO PRADO-PRADO | ALBERTO PRADO-PRADO | 100.00 |
| 06CR2198 | DAVID MARTINEZ | DAVID MARTINEZ | 50.00 |
| | | Total | $1,155.00 |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

MISCELLANEOUS ITEMS REMAINING
IN THE DEPOSIT FUND OF THE COURT
FOR ONE YEAR UNCLAIMED

CERTIFICATE

I, W. SAMUEL HAMRICK, JR., Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that the attached schedule contains a complete statement of all monies in the deposit fund of the court to which the right to withdraw has been adjudicated or is not in dispute; and that such monies have remained deposited for at least one year unclaimed by the person entitled thereto.

12/2/11

Date

W. Samuel Hamrick, Jr.

Clerk of Court